UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

                          ORDER ADOPTING
v.                       REPORT AND RECOMMENDATION

Diane Cash, et al.,

        Defendants.                Civ. No. 11-3612 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or in the alternative to sever and transfer the claims against Defendant Thomas [Docket No. 3] is **DENIED** as more fully described above.

DATED: August 15, 2012                    s/Michael J. Davis
At Minneapolis, Minnesota             Michael J. Davis, Chief Judge
                                                 United States District Court